UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.                                     )<br>  )<br>SIMON LONG,                      )<br>  )<br>Defendant                         ) | Crim. No. 1:18-CR-10161-MLW |

JOINT MOTION FOR A SENTENCING HEARING

The parties through their respective counsel respectfully request that the Court schedule a sentencing hearing in this matter on or after November 15, 2023. The parties request that sentencing be set in November 2023 both to accommodate counsel's respective schedules and to provide the Probation Office with sufficient time to update the PSR, which was initially disclosed some time ago. Defense counsel will not be available on November 22 or November 24, 2023, due to the Thanksgiving holiday.

Respectfully submitted,

**For the Government**

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/  Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
JAMES E. ARNOLD
Assistant U.S. Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3111/(617) 748-3603

**For the Defendant**

By his attorneys,

*/s/ William W. Fick*
WILLIAM W. FICK, Esq.
DANIEL N. MARX, Esq.
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, Massachusetts 02110
(857) 231-8360


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants.


Date: September 28, 2023          By:     */s/ Annapurna Balakrishna*
                                          Annapurna Balakrishna
                                          Assistant U.S. Attorney