IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIMON LONG | No. 18-cr-10161-NMG |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant, Simon Long, with the assent of the government, respectfully requests that his sentencing hearing, currently scheduled for January 4, 2024, be continued to a date convenient to the Court in February 2024.

As grounds for this motion, undersigned counsel states that he is currently traveling with his family outside the mainland United States until late on January 3, 2024. Accordingly, even a minor travel delay would preclude counsel's attendance at the hearing, and undersigned counsel will be unable to prepare and to consult with Mr. Long in advance of the hearing. In addition, given the lengthy pendency of this case, undersigned counsel is continuing to gather certain updated information to be included in a still-in-progress written submission to assist the Court's evaluation of sentencing factors under section 3553(a). Accordingly, a modest continuance would be in the interests of justice.

Respectfully submitted,

SIMON LONG
by his attorney

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2023.

*/s/ William Fick*