# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>Simon Long | No. 18-cr-10161-NMG |

**Government's Assented-to Motion to Continue the Sentencing Hearing**
**from March 4, 2024, to March 13, 2024**

For the following reasons, the government respectfully requests that the Court continue the sentencing hearing scheduled for March 4, 2024, to March 13, 2024. Undersigned counsel for the government has a mandatory training in an area that is critical to her practice at the exact date and time of the sentencing that she must attend. Defense counsel has assented to this request.

Respectfully submitted,

Joshua S. Levy
Acting United States Attorney

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
annapurna.balakrishna@usdoj.gov

Certificate Under Local Rule 7.1

I certify that I conferred with defense counsel before I filed this motion.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney

Certificate of Service

I certify that I caused this document to be served upon defense counsel by filing it electronically.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney